# Wytheville

NANCY COFFIN, AN INFANT, ETC. V. PHOENIX INDEMNITY COMPANY, A CORPORATION.

June 14, 1934.

*Ferebee & White,* for the appellant.

*Eastwood D. Herbert,* for the appellee.